USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 01 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUDSON BAY MASTER FUND LTD.,

           Plaintiff,

-against-

PATRIOT NATIONAL, INC. and STEVEN M. MARIANO,

           Defendants,

-and-

AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC, *as Transfer Agent to Defendant Patriot National, Inc.*,

           Nominal Defendant.

---

CVI INVESTMENTS INC.,

           Plaintiff,

-against-

PATRIOT NATIONAL, INC.,

           Defendant.

---

ORDER

16 Civ. 2767 (GBD)
16 Civ. 2787 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record, the Court hereby lifts the Temporary Restraining Order and Plaintiffs' Motion for a Preliminary Injunction is DENIED.

Dated: New York, New York
       December 1, 2016

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge