# Ballard Spahr
#### LLP

---------------------
1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Marjorie J. Peerce
Tel: 646.346.8039
Fax: 212.223.1942
peercem@ballardspahr.com

May 18, 2018

*Via ECF*

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:     *Hudson Bay Master Fund Ltd. v. Patriot National, Inc., et al.*, No. 16-cv-02767
(GBD) (SDA) ("Hudson Bay I"); *CVI Investments, Inc. v. Patriot National, Inc.*,
No. 16-cv-02787 (GBD) (SDA) ("CVI"); *Hudson Bay Master Fund Ltd. v. Del
Pizzo, et al.*, No. 17-cv-06204 (GBD) (OTW) ("Hudson Bay II") -- Status Update

Dear Judge Daniels:

We write on behalf of Plaintiffs CVI Investments, Inc. ("CVII") and Hudson
Bay Master Fund Ltd. ("Hudson Bay") in the above-referenced actions to provide the Court
a status update pursuant to Your Honor's order at the March 1, 2018 conference.

As the Court is aware, on February 28, 2018, at the request of defendant
Patriot National, Inc. ("Patriot"), the United States Bankruptcy Court for the District of
Delaware (the "Bankruptcy Court") entered an order staying the above-referenced actions
through May 29, 2018 and ordering the parties to mediate.  As a result, this Court continued
oral argument on various pending motions to May 31, 2018, immediately following the
expiration of the stay.

Although mediation had proven unsuccessful, Patriot filed yet another motion
with the Bankruptcy Court requesting a sixty day extension of the stay, purportedly to
continue mediation efforts.  On May 15, 2018, over CVII's and Hudson Bay's objections,
the Bankruptcy Court entered an order continuing the stay for thirty days, rather than the
sixty days Patriot requested, through June 28, 2018.  Patriot has now already indicated that it
intends to seek a further extension of the stay, although it is unclear on what basis it will
make such a request.  Hudson Bay and CVII do not agree to any further extension of the
stay.  Furthermore, the bankruptcy judge emphasized at the May 15, 2018 hearing on
Patriot's motion to extend the stay that he would not extend the stay further in the absence of
real progress toward a global settlement.

The Hon. George B. Daniels
May 18, 2018
Page 2

        Hudson Bay and CVII recognize that this Court will likely respect the stay issued by the Bankruptcy Court and cancel the hearing scheduled for May 31, 2018.  Given that, Hudson Bay and CVII respectfully request that this Court reschedule that oral argument for the earliest date available on the Court's calendar after the extension of the stay expires on June 28, 2018.  Further, as discussed during the conference on March 1, 2018, Hudson Bay and CVII respectfully request that the Court deem their pending motions for summary judgment on their breach of contract claims against Patriot as motions for summary judgment in their favor on Patriot's sole remaining breach of contract counterclaim. Patriot's breach of contract counterclaim rests on the same allegations as the affirmative defense it asserted against plaintiffs' breach of contract claims—which Patriot has already briefed and which this Court has already ruled requires no further discovery.

Respectfully submitted,


By: */s/ Marjorie J. Peerce*
BALLARD SPAHR LLP
Marjorie J. Peerce
Bradley Gershel
1675 Broadway, 19th Floor
New York, NY 10019
Telephone: (212)-223-0200
Facsimile: (212)-223-1942
Email: peercem@ballardspahr.com
      gershelb@ballardspahr.com


-and-

M. Norman Goldberger
Laura E. Krabill
Timothy D. Katsiff
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
Email: goldbergerm@ballardspahr.com
      krabilll@ballardspahr.com
      katsifft@ballardspahr.com


*Attorneys for CVI Investments, Inc.*


By: */s/ Serrin A. Turner*
LATHAM & WATKINS LLP
Serrin A. Turner
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: serrin.turner@lw.com
      corey.calabrese@lw.com
      elizabeth.parvis@lw.com

*Attorneys for Hudson Bay Master Fund Ltd.*