IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUDSON BAY MASTER FUND LTD.,<br><br>                      Plaintiff,<br>- against -<br><br>PATRIOT NATIONAL, INC. and STEVEN M. MARIANO,<br><br>                      Defendants,<br>- and -<br><br>AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC *as Transfer Agent to Defendant Patriot National, Inc.*,<br><br>                      Nominal Defendant. | **NOTICE OF MOTION TO WITHDRAW OF COUNSEL**<br><br>16 Civ. 2767 (GBD)<br>16 Civ. 2787 (GBD) |
| CVI INVESTMENTS INC.,<br><br>                      Plaintiff,<br>- against -<br><br>PATRIOT NATIONAL, INC.,<br><br>                      Defendant. | |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

       PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern and Eastern Districts of New York, on the accompany Declaration of Bradley J. Bondi, Cahill Gordon & Reindel LLP, hereby moves this Court for leave to withdraw as counsel for Defendant Patriot National, Inc. in the above-captioned actions. As the Court and all parties are aware, Patriot is Debtor in a Chapter 11 bankruptcy proceeding pending in the United States Bankruptcy Court for the District of Delaware. Patriot consents to this withdrawal and will continue to be represented in this action by Kathryn A. Coleman and Christopher C. Gartman of Hughes Hubbard & Reed LLP, Chapter 11 counsel for Patriot.

Dated:     New York, New York
             May 24, 2018

                                  CAHILL GORDON & REINDEL LLP

                                  By: /s/ Bradley J. Bondi
                                       Bradley J. Bondi
                                80 Pine Street
                                New York, New York 10005
                                Tel:   (212) 701-3000
                                Fax:   (212) 269-5420

To:     All Counsel of Record (via ECF)