Serrin A. Turner
Direct Dial: 212.906.1330
Serrin.turner@lw.com

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES
Beijing         Moscow
Boston          Munich
Brussels        New York
Century City    Orange County
Chicago         Paris
Dubai           Riyadh
Düsseldorf      Rome
Frankfurt       San Diego
Hamburg         San Francisco
Hong Kong       Seoul
Houston         Shanghai
London          Silicon Valley
Los Angeles     Singapore
Madrid          Tokyo
Milan           Washington, D.C.

**SO ORDERED**

The oral argument is adjourned to October 4, 2018 at 10:30 a.m.

*George B. Daniels*

HON. GEORGE B. DANIELS

JUL 2 5 2018

July 20, 2018

**BY ECF**

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl St., Room 1310
New York, NY 10007

Re:   *Hudson Bay Master Fund Ltd. v. Patriot National, et al.*, No. 16-cv-02767 (GBD) (SDA); *CVI Investments, Inc. v. Patriot National, Inc.*, No. 16-cv-02787 (GBD) (SDA); *Hudson Bay Master Fund Ltd. v. Del Pizzo, et al.*, No. 17-cv-06204 (GBD) (OTW); *J.P. Morgan Securities LLC v. Mariano*, No. 17-cv-01080 (GBD) (SDA) – Request to Reschedule Oral Argument

Dear Judge Daniels:

I write on behalf of Hudson Bay Master Fund Ltd. ("Hudson Bay") regarding the oral argument in the above-captioned matters currently scheduled for August 14, 2018.

Due to prescheduled international travel, counsel for Hudson Bay is unable to attend oral argument on August 14, 2018 and is unavailable through August 29, 2018. Accordingly, Hudson Bay respectfully requests that the argument be rescheduled for a date in September. Counsel for Hudson Bay has conferred with counsel for all other parties in the above-captioned matters who have confirmed that they are able to attend argument on September 12, 2018 and that they have no objection to rescheduling.

This is Hudson Bay's first request to reschedule this argument.

Respectfully submitted,

*Serrin Turner*

Serrin Turner
of LATHAM & WATKINS LLP

cc:   All counsel of record (via ECF)