CONRAD & SCHERER
ATTORNEYS AT LAW

William R. Scherer
(954) 847-3362 Direct Line
WScherer@conradscherer.com
633 South Federal Highway
Fort Lauderdale, FL 33301

July 10, 2019

**VIA ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *Hudson Bay Master Fund Ltd. v. Patriot National, Inc.*, **Case No. 16-cv-02767**
      **Hudson Bay's Request for a Rule 37.2 Conference and Order to Compel (ECF No. 349)**

Dear Judge Daniels:

  We represent Defendant Steven Mariano in the above-captioned case. On July 3, 2019, Plaintiff Hudson Bay submitted a letter motion, requesting that the Court order Patriot National to produce certain documents and permit certain depositions, and that the Court stay all discovery until the issue with Patriot is resolved. ECF No. 349. Patriot National's successor-in-interest Litigation Trustee has opposed Hudson Bay's Motion. ECF No. 350.

  At this time, Mariano takes no position as to Hudson Bay's motion. However, nearly four weeks before Hudson Bay filed its motion, Mariano served discovery requests on Hudson Bay. Hudson Bay's responses were due on July 8, 2019, but none have been provided. Hudson Bay is presumably relying – without justification – on its requested stay as an excuse for not providing timely discovery responses. As a result, Mariano asks that Hudson Bay provide timely discovery responses to Mariano's requests, regardless of Hudson Bay's pending request for a stay.

            Respectfully submitted,

            /s/ William R. Scherer
            William R. Scherer

Cc: All counsel of record (via ECF)