UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------ x
HUDSON BAY MASTER FUND LTD.,        :
                                    :
                     Plaintiff,     :                ORDER
                                    :
         -against-                  :           16 Civ. 2767 (GBD)
                                    :
STEVEN M. MARIANO,                  :
                                    :
                     Defendant.     :
------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
JUN 0 8 2020

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from June 17, 2020 to August 12, 2020 at 9:45 am.

Dated: New York, New York
       June 8, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge