UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

HUDSON BAY MASTER FUND LTD.,

        Plaintiff,

 -against-

STEVEN M. MARIANO,

        Defendant.

------------------------------------- x

ORDER

16 Civ. 2767 (GBD)

GEORGE B. DANIELS, United States District Judge:

 The status conference is adjourned from April 7, 2021 to May 26, 2021 at 9:45 am.

Dated: New York, New York
   April 1, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge