UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
HUDSON BAY MASTER FUND LTD.,

                              Plaintiff,

                ORDER

-against-

                16 Civ. 2767 (GBD)

STEVEN M. MARIANO,

                            Defendant.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

A pretrial conference is scheduled for December 14, 2021 at 9:45 a.m. A bench trial is scheduled to begin March 21, 2022 at 9:45 a.m.

Dated: New York, New York
       September 20, 2021

                                            SO ORDERED.

                                            *George B. Daniels*
                                            GEORGE B. DANIELS
                                            United States District Judge