**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

CVI INVESTMENTS, INC.,

                Plaintiff,

-against-

STEVEN M. MARIANO,

                Defendant.

------------------------------------------x

DEC 1 4 2021

ORDER

19 Civ. 2960 (GBD)

GEORGE B. DANIELS, United States District Judge:

The December 14, 2021 pretrial conference in the above-captioned case, as well as in the related case, *Hudson Bay Master Fund Ltd. v. Steven M. Mariano*, Case No. 16-cv-2767 (GBD), is adjourned until January 12, 2022 at 9:45 am.

Dated: New York, New York
       December 13, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge